FILED: August 3, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1362
(5:20-cv-00254-BO)

_____

SUMMIT HOSPITALITY GROUP, LTD

    Plaintiff - Appellant

v.

THE CINCINNATI INSURANCE COMPANY

    Defendant - Appellee

-------------------------------

UNITED POLICYHOLDERS

    Amicus Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 9, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                  */s/Patricia S. Connor, Clerk*